LA IGLESIA CATÓLICA APOSTÓLICA ROMANA EN PUERTO RICO *v.*
EL PUEBLO.

No. 1.—Resuelto en Agosto 2, 1904.

PROCEDIMIENTO—CÓDIGO DE ENJUICIAMIENTO CIVIL—APLICACIÓN DE SUS DISPOSI-
CIONES.—El nuevo Código de Enjuiciamiento Civil, que empezó á regir en
Julio 1, 1904, derogó todas las leyes, decretos, órdenes ó disposiciones que al
mismo se opusieren, y sus preceptos son de aplicación, no solo á los pleitos
por iniciar, sino también á aquellos ya iniciados ó en curso.
ID..—EFECTO RETROACTIVO—ACTUACIONES HABIDAS BAJO LA ANTÍGUA LEY DE
PROCEDIMIENTO.—La aplicación de la anterior doctrina no dá efecto retro-
activo al nuevo Código de Enjuiciar, pues se reconoce válidez y eficacia
legal á todo lo actuado con arreglo á la antígua ley, en los pleitos ya iniciados,
entendiéndose que el nuevo Código es de aplicarse solamente desde la fecha
en que empezó á regir.
ID.—TÉRMINO PARA CONTESTAR LA DEMANDA.—El Tribunal tiene facultades para
prorrogar, á moción del demandado, el término concedido en la ley para pre-
sentar su contestación á la demanda.

MOCIÓN PRESENTADA en pléito promovido ánte el Tribunal
Supremo, como Tribunal de *Primera Instancia,* sobre
reivindicación de bienes y otros extremos.

EXPOSICIÓN DEL CASO.

*Resultando* : que el Hon. Attorney General presentó moción
escrita antè esta Córte Suprema, en diez y nueve de Julio
último, para que se le prorrogue hasta el día primero de Octu-
bre el término de veinte días que por este Tribunal se le con-
cedió para contestar las demandas contra él interpuestas en
representación de El Pueblo de Puerto Rico, por el Reverendo
Obispo Católico de esta Isla, alegando para ello, por escrito y
oralmente, la importancia de las cuestiones que se debatían,
é invocando en su apoyo los artículos 361 y 362 del Código de
Enjuiciamiento Civil, que comenzó á regir en primero de
Julio último.

Abogado del demandante : *Sr. Hernández Lopez.*
Abogado del demandado : *Sr. Sweet, Attorney General.*

*Opinión del Tribunal.*

*Considerando*: que el Código de Enjuiciamiento Civil, aprobado en primero del corriente año, establece en su artículo 361 que toda ley, reales decretos, órdenes, ordenes militares, disposiciones ó parte de ellos incompatibles ó en conflicto con el mismo quedan derogados, y en el artículo siguiente dispone que comenzará á regir desde el día primero de Julio del propio año.

*Considerando*: que atendidos los términos generales en que están concebidos los artículos citados, sin contener reserva de clase alguna, es claro que desde el día primero de Julio último comenzó á regir el nuevo Código de Enjuiciamiento Civil y quedó derogado el anterior, tanto respecto de los pleitos por iniciar, como de los ya iniciados ó en curso.

*Considerando*: que con la doctrina legal expuesta no se dá efecto retroactivo al nuevo Código de Enjuiciamiento Civil, pués no se niega validez y eficacia legal á lo que se haya actuado en los pleitos con arreglo á la antígua Ley de Enjuiciamiento Civil hasta el primero de Julio último, y solo se entiende que el nuevo Código ha de aplicarse desde esa fecha.

*Considerando*: que en mérito de lo expuesto es de reconocerse valor legal á las resoluciones dictadas por esta Corte admitiendo las demandas interpuestas por la representación del Reverendo Obispo Católico de Puerto Rico contra El Pueblo de Puerto Rico y ordenando además el emplazamiento del demandado para que en el término improrrogable de veinte días conteste dichas demandas, todo con arreglo á la Orden Judicial No. 118 serie de 1899; pero como dicho término no había vencido en primero de Julio, ni cuando se presentó la moción, desde dicho día, es de aplicación el artículo 140 del nuevo Código, que permite á la Corte prorrogar el término para la contestación en bien de la justicia y ejercitando el poder discrecional que tiene sobre ese particular.

*Considerando*: que las razones alegadas por el Hon. At-

torney General son bastantes poderosas para que se le conceda la prórroga que solicita.

*Se concede* al Hon. Attorney General la prórroga que interesa para contestar las demandas, entendiéndose dicha prórroga hasta el primer día de Octubre del corriente año: únanse las presentes actuaciones á cualquiera de los juicios iniciados por la representación del Obispo Católico de Puerto Rico contra el Hon. Attorney General en representación de El Pueblo de Puerto Rico, y llévese copia de esta resolución á los demás pleitos promovidos por el expresado Obispo Católico de Puerto Rico contra el Hon. Attorney General en la representación ya indicada.

Jueces concurrentes: Sres .Presidente Quiñones y Asociados, Hernández, Figueras MacLeary y Wolf.